IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 71.194.85.138

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/30/2017 17:54:18 | 18B9C64504C98E96A8D77D82443D60DFA90127CF | Red Hot Christmas |
| 12/03/2017 16:41:26 | 284A091B4612DDA3AB778C98240B506E49AF4AAC | Watch Me Cum For You |
| 11/26/2017 22:57:22 | A858B2244C2AD078007EA9B3D6897180F2F60BC9 | Into The Lions Mouth |
| 11/22/2017 23:18:16 | 360C3643DCB0C38095189A6163C96B5A97634D97 | Tiffanys Tight Ass |
| 11/22/2017 22:44:05 | 1C270D98F32BE3DC936354EB57C8A4E43E256886 | Good Morning I Love You |
| 11/19/2017 14:50:28 | 2D6608CBEE5DD01B6DBAED28797E8D8DDA5373AC | Fill Her Up |
| 11/13/2017 00:23:38 | 6D71663E4DB88AD206191297B1EA7AE85F18C39F | Would You Fuck My Girlfriend |
| 10/09/2017 12:22:00 | 3BD584906475711EAFDB0E88DA5B7BE902A80BAA | Love Burns Again |
| 09/30/2017 20:41:25 | 724F9A18BE9C4E5C9783E6DAE4E210E5E732C885 | Introducing Milla |
| 09/30/2017 19:04:55 | CB7FAA1587676879B1D1984E215A729610CDE6D4 | Tight Pink and Gold |

**Total Statutory Claims Against Defendant: 10**

EXHIBIT A

NIL851